UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | | |
|---|---|---|---|
| JAMIE LEWIS, | ) | | |
| | ) | | |
| *Petitioner* | ) | Case Nos. | 2:09-cr-00031-11 |
| | ) | | 2:12-cv-00048 |
| v. | ) | | |
| | ) | Judge Jordan | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| *Respondent*. | ) | | |
| | ) | | |

## JUDGMENT

For the reasons expressed in the accompanying memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that the Motion [Doc. 1049, 1058] by petitioner Jamie Lewis for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**.

If petitioner Jamie Lewis files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith.

**SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge